### 43173. SMALLWOOD v. HALL COUNTY.

FELTON, Chief Judge. 1. The petition seeking damages from Hall County arising out of the alleged negligent operation of the county's truck by a named driver, does not disclose, either expressly or by necessary implication, the existence of the agency of the driver, nor the connection of his act with the employment; therefore, the court did not err in its judgment sustaining the general demurrer. *Code* § 105-108; *Lewis v. Amorous,* 3 Ga. App. 50 (1) (59 SE 338). Neither does the petition show affirmatively that the action is authorized under the Constitution or statutes of this State. *Decatur County v. Townsend,* 46 Ga. App. 103 (1) (166 SE 774). And see *Almon v. Terrell County,* 89 Ga. App. 403 (79 SE2d 430).

It is not necessary to pass upon the question whether other reasons appear why the court was correct in sustaining the demurrer.

*Judgment affirmed. Hall and Eberhardt, JJ., concur.*

ARGUED NOVEMBER 6, 1967—DECIDED NOVEMBER 21, 1967.

*Howard B. Oliver, Jr.*, for appellant.

*Whelchel, Dunlap & Gignilliat, Weymon Forrester*, for appellee.